**ORIENT OVERSEAS CONTAINER LINE (UK), LTD., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 01–5082.**

United States Court of Appeals, Federal Circuit.

Aug. 21, 2001.

*ORDER*

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).